United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 30, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-60451
Summary Calendar

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DEBBIE STANPHILL

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:03-CR-62-ALL-M
--------------------

Before KING, Chief Judge, and JONES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Debbie Stanphill appeals the 36-month sentence imposed by
the district court upon revocation of her probation.  She argues
that the district court erred in departing upward from the
sentencing guideline range of three to nine months.  See U.S.S.G.
§§ 7B1.1(a)(3), 7B1.4(a).

Considering that Stanphill's sentence for the offense of
conviction was the result of a downward departure, an upward
departure was authorized.  See U.S.S.G. § 7B1.4, comment. (n.4).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court appropriately considered Stanphill's need for drug treatment, and the 36-month sentence was well below the statutory maximum imprisonment term of 20 years.  See 18 U.S.C. § 3553(a)(2)(D); 21 U.S.C. § 841(b)(1)(C); United States v. Pena, 125 F.3d 285, 286-87 (5th Cir. 1997).  The sentence was therefore legal.  See Pena, 125 F.3d at 288.  The district court did not plainly err or abuse its discretion.

AFFIRMED.